# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3713

_____

JUSTIN TAVARSE BARGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

July 22, 2019

PER CURIAM.

This appeal was filed pursuant to *Anders v. California*, 386 U.S. 738 (1967). Having reviewed the record, we affirm the Appellant's convictions and sentences, but we remand with directions to correct a scrivener's error in the judgment and sentence. *See Ducker v. State*, 197 So. 3d 1095, 1095-96 (Fla. 1st DCA 2016) (affirming judgment and sentence but remanding for correction of unpreserved scrivener's errors).

The judgment and sentence inadvertently omits the conviction and sentence for count three. The Appellant need not be present for these ministerial corrections to the judgment. *See Walton v. State,* 106 So. 3d 522, 529 (Fla. 1st DCA 2013) ("[A] defendant need not be present at resentencing if the

error to be corrected is 'purely ministerial' or clerical, and involves no exercise of the court's discretion.").

AFFIRMED and REMANDED with instructions.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.